Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  18–32334–ABA
        Chapter:  7
        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Howard Keith Lamphere
  25 Millbridge Road
  Clementon, NJ 08021

  Terri Lynn Lamphere
  aka Terri Lynn Duffy
  25 Millbridge Road
  Clementon, NJ 08021

Social Security No.:
  xxx–xx–8880
  xxx–xx–0040

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Andrew Sklar is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>May 9, 2019</u>

        <u>Andrew B. Altenburg Jr.</u>
        Judge, United States Bankruptcy Court